IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

— OR —

PETITION FOR WRIT OF HABEAS CORPUS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PERSONS IN FEDERAL CUSTODY
→ EMERGENCY PETITION ←

U.S.C.A. – 7th Circuit
RECEIVED
JUL 14 2008
GINO J. AGNELLO
CLERK

DONALD C. ENDICOTT
(Full name and prison number)
(Include name under which convicted)
PETITIONER

vs.

ERIC WILSON, WARDEN
(Name of Warden, Superintendent,
Jailor, or authorized person having
custody of petitioner)
RESPONDENT

08CV 4031
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

If petitioner is serving a sentence under a federal judgment which he wishes to attack, he should file a motion under 28 USC § 2255, in the federal court which entered the judgment.

ORIGINAL APPLICATION UNDER 28 USC § 2241

PETITION FOR WRIT OF HABEAS CORPUS

XEROX UNAVAILABLE — UNCONSTITUTIONAL DETAINED INMATE

1

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _____

   **NOT APPLICABLE**

2. Date of judgment of conviction _____

   **SEE ATTACHED PETITION**

3. Length of sentence _____

4. Nature of offense involved (all counts with indictment number of each, if known) _____

   _____

   _____

5. What was your plea? (Check One)
   - (A) Not guilty          ( )
   - (B) Guilty              ( )
   - (C) Nolo contendere     ( )

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. Kind of trial: (Check One)
   - (A) Jury                ( )
   - (B) Judge only          ( )

7. Did you testify at trial?

   YES ( )         NO ( )

8. Did you appeal from the judgment of conviction or imposition of sentence?

   YES ( )         NO ( )

   (A) If you did appeal, answer the following:

   (1) Name of court _____

   (2) Result _____

2

(3) Date of result ~~NOT APPLICABLE~~

(4) Issues raised  SEE ATTACHED PETITION

9. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions pursuant to 28 USC § 2255 with respect to this judgment in any federal court?

    YES ( )    NO ( )

10. If your answer to question (9) was YES, give the following information:

    (A) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Did you receive and evidentiary hearing on your petition, application, or motion?

        YES ( )    NO ( )

        (5) Result _____

        (6) Date of result _____

    (B) As to any second petition, application, or motion, give the same information.

        (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

*Not Applicable*
*See Attached Petition*

(4) Did you receive and evidentiary hearing on your petition, application, or motion?

   YES ( )   NO ( )

(5) Result _____

(6) Date of result _____

(C) As to any third petition, application, or motion, give the same information:

  (1) Name of court _____

  (2) Nature of proceeding _____

  (3) Grounds raised _____

  (4) Did you receive and evidentiary hearing on your petition, application, or motion?

   YES ( )   NO ( )

  (5) Result _____

  (6) Date of result _____

(D) Did you appeal the result to the federal appellate court having jurisdiction?

  (1) First petition, etc.    YES ( )   NO ( )
  (2) Second petition, etc.   YES ( )   NO ( )
  (3) Third petition, etc.    YES ( )   NO ( )

(E) If you did <u>not</u> appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

_____

_____

4

NOT APPLICABLE

SEE ATTACHED PETITION

11. If you did not file a motion under Section 2255 of Title 28 United States Codes, or if you filed such motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____
_____
_____
_____
_____
_____
_____
_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same. You should raise in this petition all available grounds for relief which relate to the conviction under attack. Failure to do so may bar you from presenting additional grounds at a later date.

   (A) Ground one _____
       Supporting **FACTS** (tell your story <u>briefly</u> without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____

NOT APPLICABLE

SEE ATTACHED PETITION

(B) Ground two: _____
Supporting **FACTS** (tell your story briefly without citing cases or law):

(C) Ground three: _____
Supporting **FACTS** (tell your story briefly without citing cases or law):

6

    (G)  On appeal from any adverse ruling in a post-conviction proceeding _____

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    YES ( )    NO ( )

18. Do you have any future sentence to serve after you complete the sentence imposed by judgment under attack?
    YES ( )    NO ( )

    (A)  If YES, give the name and location of the court which imposed sentence to be served in the future:

    (B)  And give the date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of attorney (if any)

_____
Signature of petitioner

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 10 DAY of July 2008
(Date)

_____
(Signature of petitioner)

71 W. Van Buren St
(Mailing address for petitioner)
Chicago, IL 60604

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

DONALD C. ENDICOTT,
          Petitioner,         CASE #_____

vs

ERIC WILSON, WARDEN,
          Respondent

EMERGENCY APPLICATION FOR WRIT
OF HABEAS CORPUS

I. JURISDICTION:

1) The Jurisdiction of this Honorable Court is invoked pursuant to Title 28 United States Code § 2241 et seq

2) A three return is requested 28 USC 2243 et seq. & § 2242.

-8-

## II. Venue:

3) Venue is invoked pursuant to 28 USC 1391, 1346, of the U.S. Code.

4) All acts & omissions occurred in the Northern District of Illinois.

5) Petitioner asserts he is unlawfully detained in violation of the Constitution, and laws of the United States, 28 USC 2241(c)(3)

## III. Parties:

6) Warden Eric Wilson is the Warden of the Metropolitan Correctional Institution

7) Petitioner, is in the care, custody and control of Warden Wilson, under Supreme Court Dicta, the Warden is the correct & proper respondent

-9-

IV <u>Statement of Facts:</u>

8) On July 6, 2006 Petitioner was arrested in <u>U.S. v Endicott, 06 CR 3300</u> a drug conspiracy.

9) On various occasions Petitioner requested Speedy Trial.

10). As late as July 6, 2008 Petitioner was sought speedy trial.

11) Petitioner has not had a Court Appearance since November, 2007!

12) The government has violated this Petitioner's Right to Speedy Trial.

13) By way of Habeas Corpus this Petitioner seeks:

A. Appointment of Jenner & Block - Anton Valukus, Esquire to represent Petitioner in this action;

B. Immediate Show Cause Order to issue giving the Government **THREE DAYS** per statute return of service of this application showing cause why Petitioner remains confined in gross violation of his 6 & 5 Amendment Rights;

AND/OR

C. A hearing or sus-sponte release of Petitioner from custody

\* Petitioner's right to speedy trial has been grossly violated......

Respectfully submitted

*[signature]*

Donald Endicott

-11-