PRISONER CASE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
JUL 1 6 2008  NR
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DONALD C. ENDICOTT

**Defendant(s):** ERIC WILSON, etc.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Donald C. Endicott
#18817-424
Metropolitan - MCC
71 West Van Buren
Chicago, IL  60605

**Defendant's Attorney:**
United States Attorney's Office
219 South Dearborn Street
Chicago, IL  60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 4031
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 07/16/2008