BR

**FILED**
Jul 14, 2008 aw  7/10/08
JUL 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr Agnello,

Please find my Emergency Habeas Corpus.

I've been real sick, got a tumor in my chest that's not being treated. I've been locked up 24 months without trial.

Please allow the

court to review

my Habeas or

transfer it to

District Court

Please

08CV 4031
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

Sincerely,

[signature]