MHW

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ILLINOIS
~~EASTERN~~ DIVISION

**FILED**
4-22-2008
JUL 2 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE DONALD ENDICOTT,   |   Cause No. 08CV 4031
  PETITIONER

Emergency Action
Directed to the Most Honorable Blanche Manning, Judge

## MOTION FOR SHOW CAUSE ORDER

The Petitioner, DONALD ENDICOTT moves the Honorable Court to issue it's SHOW CAUSE ORDER, ordering Respondents to SHOW CAUSE:

1) WHY Petitioner has been confined, a pre-trial detainee since April 18, 2006 — over two years without trial?

2) WHY Petitioner's many requests both in writing and verbally have been ignored with regards to a speedy trial demand, since July 2006?

3) WHY Petitioner has not seen the inside of a courtroom in over 8 months?

- 1 -

4) Why the Petitioner, seriously prejudiced by this unlawful delay (<u>Lovasco</u> 431 US at 789-90 — government delay intended to harass violates due process); has to receive substandard medical care with possible chest cancer, languishing away; filing unanswered motions to dismiss for Speedy Trial violations?[1]

Petitioner states substantial prejudice exists due to delay, that exhaustion requirement have been met; and Petitioner moves for a show cause order, hearing & release.

Respectfully submitted,

July 17, 2008

*Donald C. Endicott*

Donald Endicott
71 W. Van Buren St
Chicago, IL 60604

---

[1] Barker v Wingo 407 US 514, 534 (1972)